UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RICHARD ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:23-CV-15-TAV-DCP |
| | ) | |
| MICHAEL PARRISH, | ) | |
| TENNESSEE DEPARTMENT | ) | |
| OF CORRECTION, | ) | |
| MORGAN COUNTY | ) | |
| CORRECTIONAL COMPLEX, | ) | |
| STEVE JONES, | ) | |
| STACY OAKS, | ) | |
| JORDAN HENRY, | ) | |
| BRANDON PALMER, and | ) | |
| LISA HELTON, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983;

2. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A;

3. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to **CLOSE** the case.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT